THE RAYMOND HADLEY CORPORATION, Respondent, *v.* BÔSTON AND MAINE RAILROAD et al., Appellants.

Reported below, 186 App. Div. 341.

(Submitted June 2, 1919; decided June 6, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1919, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the ground of failure to file the required undertaking.

*Neil P. Cullom* for motion.

*H. E. J. MacDermott* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days an undertaking as required by the Code be filed and served, in which case the motion is denied, without costs.